The People of the State of New York, Respondent, *v.* Joseph Sanchez, Appellant.

Submitted February 28, 1949; decided March 3, 1949.

*Frank S. Hogan, District Attorney* (*Whitman Knapp* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.